UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| EDGAR AGUSTIN MOCTEZUMA MACIAS,<br><br>Petitioner,<br><br>v.<br><br>BRIAN HENKEY, Field Office Director of Enforcement and Removal Operations, Salt Lake City Field Office, Immigration and Customs Enforcement; KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; MICHAEL HOLLINGSHEAD, Sheriff of Elmore County,<br><br>Respondents. | Case No.  1:25-cv-00741-BLW<br><br>**ORDER** |

On January 2, 2026, the Court imposed a temporary restraining order requiring Respondents to release Petitioner Edgar Moctezuma Macias pending the resolution of his habeas petition. Due to an oversight, the Court issued the TRO prior to Respondents being served with the Petition and without a certification from Petitioner's attorney regarding efforts made to give notice. This violated the

ORDER - 1

requirements of Federal Rule of Civil Procedure 65(b), which provides that a TRO may issue without notice to the adverse party only if " the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." The Court apologies to Respondents and counsel for the significant error. The Court will, accordingly, vacate the January 2, 2026, TRO.

However, Respondents have now been served and responded to the Petition. Respondents do not dispute Petitioner's factual allegations or raise legal arguments not previously considered by the Court. With the procedural defects now addressed, a new TRO requiring Petitioner's continued release is appropriate for all the reasons explained in the Court's January 2, 2026, Order.

THEREFORE, IT IS HEREBY ORDERED that Petitioner shall remain released from Respondent's custody pending the resolution of his Petition.

DATED: January 13, 2026

B. Lynn Winmill
U.S. District Court Judge

ORDER - 2